LORRAINE BENTON *v.* JOHN B. BENTON
(12356)

LAVERY, FREEDMAN and CRETELLA, Js.

Submitted on briefs February 28—decision released March 22, 1994

*Frank P. Cannatelli* filed a brief for the appellant (defendant).

*Thomas C. Healey* and *Leo Vine* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

NEW ENGLAND BANK AND TRUST COMPANY *v.*
EMILE B. OUELLETTE ET AL.
(12470)

LAVERY, FREEDMAN and SPEAR, Js.

Submitted on briefs February 24—decision released March 22, 1994

*John H. Parks* filed a brief for the appellants (defendants).

*Edward Pontacoloni* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.